IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENHANCED SECURITY RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-390-JJF |
| | ) |
| CISCO SYSTEMS, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, CHECK POINT SOFTWARE TECHNOLOGIES, LTD., CHECK POINT TECHNOLOGIES INC., SONICWALL, INC., 3COM CORPORATION, NOKIA CORPORATION, NOKIA INC., FORTINET, INC., AND SOURCEFIRE, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF ENHANCED SECURITY RESEARCH, LLC'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Enhanced Security Research, LLC in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's order entered June 25, 2010 (D.I. 178), granting:

- Defendants 3Com Corporation's and Cisco Systems, Inc.'s Motion to Dismiss For Lack of Subject Matter Jurisdiction And Failure to Join An Indispensable Party (D.I. 54);

- Defendant Fortinet, Inc.'s Motion to Dismiss The Complaint For Lack of Subject Matter Jurisdiction And Failure to Join An Indispensable Party (D.I. 58);

- Defendants Nokia Corporation's and Nokia, Inc.'s Motion to Dismiss And Joinder In Defendants Cisco Systems, Inc.'s and 3Com Corporation's Motion to

Dismiss For Lack of Subject Matter Jurisdiction And Failure to Join An Indispensable Party (D.I. 62);

and from all underlying and/or interlocutory orders, decisions and rulings that relate to or gave rise to that judgment, including the Memorandum Opinion dated June 25, 2010 (D.I. 177).

This appeal is related to the appeal in C.A. No. 09-871-JJF, for which a notice of appeal is also filed this date.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Tiffany Geyer Lydon* |
|  | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>Caroline Hong (I.D. #5189)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com |
| *Of Counsel:* | *Attorneys for Plaintiff*<br>*Enhanced Security Research, LLC* |
| Martin R. Lueck<br>Sara A. Poulos<br>Cole M. Fauver<br>Julia Dayton Klein<br>Brenda L. Joly<br>Loren L. Hansen<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 |  |

Dated: July 26, 2010